**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 5, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01094-CR

———————

### IN RE LESLIE FOSTER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1311757**

## M E M O R A N D U M   O P I N I O N

On December 20, 2011, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator requests this court to order the Internal Affairs Division of the Houston Police Department, "Harris County Clerks", or "Court Reporter" to send relator specified records.

This Court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the

court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221 (Vernon 2004). Because the petition for writ of mandamus is not directed toward a district court judge or county court judge in our district, and is not necessary to enforce our jurisdiction, we have no jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).